1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| KENNETH WAYNE McGRAW, | No. 2:23-cv-01264-JDP (HC) |
|---|---|
| Petitioner, | |
| v. | ORDER |
| CISNEROS, | |
| Respondent. | |

Mr. McGraw is a state prisoner proceeding pro se. This action was opened when he submitted to the court an unsigned petition. ECF No. 1. In addition to failing to sign his petition, Mr. McGraw has not filed an *in forma pauperis* affidavit or paid the required filing fee ($5.00). *See* 28 U.S.C. §§ 1914(a); 1915(a). Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing. *See* Fed. R. Civ. P. 11(a). The court is unable to consider the petition unless petitioner signs and re-files the petition.

Accordingly, petitioner is provided an opportunity to re-file the petition bearing his signature and must also submit either a complete application to proceed *in forma pauperis* or pay the $5 filing fee.

Accordingly, it is hereby ORDERED that:

1. Mr. McGraw's unsigned petition, ECF No. 1, is disregarded.

2. Within thirty days of the date of this order, Mr. McGraw shall submit a signed

1 | petition and either a complete application to proceed *in forma pauperis* or pay the filing fee.

2 |    3.  Failure to comply with any part of this order may result in this case being closed.

IT IS SO ORDERED.

Dated:   July 10, 2023

                       JEREMY D. PETERSON
                       UNITED STATES MAGISTRATE JUDGE