UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WAYNE MCGRAW, | Case No. 2:23-cv-01264-JDP (HC) |
| Petitioner, | |
| v. | ORDER |
| CISNEROS, | |
| Respondent. | |

Petitioner, a state prisoner proceeding without counsel, seeks a writ of habeas corpus under 28 U.S.C. § 2254. After reviewing the petition, I find that it fails to state a cognizable claim. I will give petitioner leave to amend. I will also grant his petition to proceed *in forma pauperis*. ECF No. 6.

The petition is before me for preliminary review under Rule 4 of the Rules Governing Section 2254 Cases. Under Rule 4, the judge assigned to the habeas proceeding must examine the habeas petition and order a response unless it "plainly appears" that the petitioner is not entitled to relief. *See Valdez v. Montgomery*, 918 F.3d 687, 693 (9th Cir. 2019); *Boyd v. Thompson*, 147 F.3d 1124, 1127 (9th Cir. 1998).

Petitioner's claim (or claims) is difficult to grasp. He has not used a federal habeas form, and the various exhibits attached to his petition do not plainly articulate the grounds for challenging his conviction. Even if this deficiency were cured, however, habeas relief appears

foreclosed. Petitioner writes that he is serving his current sentence because he pled guilty to a double murder more than thirty years ago, in 1992. ECF No. 1 at 20; ECF No. 5 at 26. Any habeas petition challenging a conviction that was finalized before the enactment of the Anti-Terrorism and Effective Death Penalty Act must have been filed by April 23, 1997. *See Calderon v. United States Dist. Court*, 128 F.3d 1283, 1287 (9th Cir. 1997). This action was filed in June of this year and, thus, appears time-barred.

I will give petitioner one opportunity to file an amended petition that explains why he should still be allowed to proceed.

It is ORDERED that:

1. Petitioner's application to proceed *in forma pauperis*, ECF No. 6, is GRANTED.

2. The Clerk of Court is directed to send petitioner a federal § 2254 habeas form.

3. Within thirty days of this order's entry, petitioner may file an amended habeas petition. If he does not, I will recommend this action be dismissed.

IT IS SO ORDERED.

Dated:   October 7, 2023                                   _____
                                                          JEREMY D. PETERSON
                                                          UNITED STATES MAGISTRATE JUDGE